E-FILED 08/17/12
JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| PATRICK MCCREAGH, | Case No.: **2:11-cv-10033-PSG-CW** |
| Plaintiff, | [~~PROPOSED~~] **ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | |
| Defendant. | |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: 08/17/12

PHILIP S. GUTIERREZ
_____
The Honorable Judge
United States District Judge

1

[Proposed] Order